UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DOMINIQUE PAILLOUS and CHRISTOPHE PAILLOUS, husband and wife, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC. (Store #3500),<br><br>Defendant. | No. 2:17-CV-01546-RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE THE TRIAL DATE AND PRE-TRIAL DEADLINES |

## I. **STIPULATION**

The parties stipulate and respectfully request that the trial date be continued from January 7, 2019 to March 4, 2019, or to a later date that fits the Court's calendar and parties' schedules. The parties ask that the Court enter the below Order and issue a new case scheduling order to reflect the new trial date and other corresponding deadlines.

Good cause exists for the continuance because the parties are working to complete discovery in an effort to resolve the lawsuit short of trial, which will promote judicial economy. Additionally, no party will be prejudiced by the continuance.

ORDER TO CONTINUE THE TRIAL DATE AND PRE-TRIAL DEADLINES– PAGE 1
CAUSE NO: 2:17-CV-01546-RSM

2074243 / 824.0037

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  SIGNED this _____ day of May, 2018

2  FORSBERG & UMLAUF, P.S.

3

4  By: _____
       Roy A. Umlauf, WSBA #15437
5      Kimberly A. Reppart, WSBA #30643
       Attorneys for Defendant Safeway
6

7
   SIGNED this _____ day of May, 2018
8

9  LAW OFFICE OF J. GARY NECE, P.S., INC.

10

11 By:_____
      J. Gary Nece, WSBA #15848
12    Attorney for Plaintiffs Dominique Paillous
      and Christophe Paillous

ORDER TO CONTINUE THE TRIAL DATE AND PRE-TRIAL DEADLINES–
PAGE 2
CAUSE NO: 2:17-CV-01546-RSM

2074243 / 824.0037

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## II. ORDER

THIS MATTER having come on before the court on the foregoing stipulation, now, therefore, it is hereby ORDERED, ADJUDGED and DECREED that the trial in this matter is continued from January 7, 2019 to March 4, 2019, and that a new Order Setting Trial Date and Related Dates shall be entered.

DATED: May 25, 2018

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

FORSBERG & UMLAUF, P.S.

By: _____
    Roy A. Umlauf, WSBA #15437
    Kimberly A. Reppart, WSBA #30643
    Attorneys for Defendant Safeway

Approved for Entry, Notice of Presentation Waived:

LAW OFFICE OF J. GARY NECE, P.S., INC.

By:_____
    J. Gary Nece, WSBA #15848
    Attorney for Plaintiffs Dominique Paillous
    and Christophe Paillous

ORDER TO CONTINUE THE TRIAL DATE AND PRE-TRIAL DEADLINES– PAGE 3
CAUSE NO: 2:17-CV-01546-RSM

2074243 / 824.0037

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX