# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DOMINIQUE PAILLOUS and CHRISTOPHE PAILLOUS, husband and wife, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC. (Store #3500),<br><br>Defendant. | No. 2:17-CV-01546-RSM<br><br>ORDER OF STIPULATED DISMISSAL |

This matter is before the Court on the parties' Stipulation and Order of Dismissal of All Claims with Prejudice. Dkt. #16. In light of the Stipulation, the Court hereby ORDERS that the Stipulated Dismissal (Dkt. #16) is GRANTED. All claims are DISMISSED WITH PREJUDICE and without costs or attorney fees to either party. This matter is now CLOSED.

DATED this 11 day of September, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1